RENE VALLADARES
Federal Public Defender
State Bar no. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorneys for Yamil Andres Belahonia Lanatta

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00218-APG-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| YAMIL ANDRES BELAHONIA LANATTA | |
| Defendant. | |

IT IS HEREBY ORDERED that the Federal Public Defender's Office will be providing notice to A.R. and her parents/guardians of an upcoming hearing pursuant to Rule 412 of the Federal Rules of Evidence. This notice will occur in person with the execution of a subpoena. The hearing is currently scheduled for November 3, 2017 at 2:00pm.

DATED this __24th__ day of October, 2017

_____
UNITED STATES DISTRICT JUDGE