# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00218-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| YAMIL ANDRES BELAHONIA LANATTA, | (ECF No. 42) |
| Defendant. | |

The Government has moved to dismiss the criminal indictment filed in this action. ECF No. 42. The defendant does not oppose. The motion is supported by good cause.

IT IS HEREBY ORDERED that the Government's motion **(ECF No. 42) is GRANTED**. The indictment and all counts asserted in it are DISMISSED WITHOUT PREJUDICE. The clerk shall close this file.

DATED this 7th day of November, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE