UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMIL ANDRES BELAHONIA LANATTA,<br><br>Defendant. | Case No. 2:17-cr-00218-APG-PAL<br><br>**ORDER RELEASING PASSPORT**<br><br>(ECF No. 44) |

The charges against the defendant have been dismissed. Therefore, his passport should be returned to him.

IT IS HEREBY ORDERED that the defendant's motion for return of passport **(ECF No. 44) is GRANTED**. Pretrial Services shall release the defendant's passport to either the defendant or a representative of the Federal Public Defenders office in the District of Nevada.

DATED this 7th day of November, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE